# Exhibit B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DATACATLYST, LLC,<br><br>             Plaintiff,<br><br>v.<br><br>INFOVERITY, LLC,<br><br>             Defendant. | Case No. 1:20-cv-00310 (AKH) |

## DECLARATION OF MATT WIENKE

I, Matt Wienke, do hereby declare and state under the penalties of perjury:

1.       I am over the age of 18 years and have personal knowledge of the facts set forth below such that I would be competent to testify as to the same if called.

2.       I am the President of Infoverity, Inc., which was formerly Infoverity, LLC ("Infoverity").

3.       Infoverity is headquartered in Dublin, Ohio and maintains its bank account in Columbus, Ohio.  Decisions regarding payments to DataCatalyst, LLC were made from Dublin, Ohio.

4.       The Infoverity personnel responsible for the alleged decision whether to pay additional commissions to Plaintiff, and knowledgeable about Infoverity's relevant policies, procedures, and calculations, are located at Infoverity's Dublin, Ohio headquarters.

5.       The documents reflecting the payments and accounts at issue and commissions paid to Plaintiff, as well as corporate records and other materials, are located in Dublin, Ohio.

6.       Thus, Infoverity's employees and documents are located at its Dublin, Ohio headquarters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated:  January 20, 2020

Matt Wienke