UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
DataCatalyst LLC,                                              :
:      **ORDER REGULATING**
                             Plaintiff,                        :      **PROCEEDINGS**
         -against-                                             :
:      20 Civ. 310 (AKH)
Infoverity, LLC,                                               :
:
                             Defendant.                        :
:
:
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The parties, by joint letter of November 9, 2020 submitted pursuant to Rule 2E of my Individual Rules, ask me to rule on discovery disputes. I rule as follows:

1. Defendant Infoverity's objections to Plaintiff DataCatalyst's Request for Production Numbers 16, 17, 19, and 21, limited as the parties have agreed to seven customers, are overruled. The information that Plaintiff requests relates to the claims and defenses of Plaintiff's claims for commissions. The force and ultimate relevance of the proofs to be elicited will be ruled upon in proper time.

2. Plaintiff's objections to Request 8 of Defendant's subpoenas to Thomson Reuters and Requests 7 and 8, to EnterWorks are limited to correspondence and memoranda (paper or emails), and otherwise denied. The requests relate to Defendant's counterclaims. The force and relevance of the proofs to be elicited will be ruled upon in proper time.

        SO ORDERED.

Dated:    November 12, 2020
             New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge