UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
DataCatalyst LLC, :
: **ORDER REGULATING**
Plaintiff, : **PROCEEDINGS**
-against- :
: 20 Civ. 310 (AKH)
Infoverity, LLC, :
:
Defendant. :
:
:
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

On February 10, 2022 I granted the unopposed motion to stay proceedings in this case. ECF No. 239. Proceedings are also stayed in related cases. *See* 20 Civ. 6264; 19 Civ. 10460.

Accordingly, the conference scheduled for May 6, 2022 is adjourned, *sine die*.

SO ORDERED.

Dated: May 4, 2022                         /s/ Alvin K. Hellerstein
New York, New York         ALVIN K. HELLERSTEIN
                           United States District Judge